BETTY J. WILLIAMS, SBN 224793
LAW OFFICE OF WILLIAMS AND ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone: (916) 488-8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorney for Defendant
ALBERT GURLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALBERT GURLEY,<br><br>　　　　Defendant. | Case Nos.: 2:24-CR-00012-TLN<br><br>**SEALING ORDER**<br><br>Judge: Honorable Troy L. Nunley |

Defendant Albert Gurley, through his counsel, has applied for an Order sealing a five-page document, the Application to Seal the document, and this Order.

**GOOD CAUSE APPEARING** Mr. Gurley's request to seal the five-page document and Application to Seal is granted.

Dated: January 16, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1